## Kenworthy's Estate (No. 2).

OPINION BY HEAD, J., December 9, 1912:

For the reasons given in the opinion this day filed in the appeal of Elizabeth Haywood, ante, p. 152, the assignments of error must be overruled and the decree affirmed,